UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**<br>712 H ST NE, Unit 2736<br>Washington, D.C. 20002<br><br>    PLAINTIFF<br><br>v.<br><br>**MARC BORBELY**<br>1115 Massachusetts Ave NW,<br>Washington, DC 20005<br><br>and<br><br>**D.C. TENANTS' RIGHTS CENTER**<br>1115 Massachusetts Ave NW,<br>Washington, DC 20005<br><br>    DEFENDANTS. | **Case No. 1:25-cv-2149** |

## NOTICE OF REMOVAL

COME NOW, Defendants Marc Borbely and D.C. Tenants' Rights Center ("Defendants"), by and through their attorney, Justin M. Flint, and Eccleston & Wolf, P.C., hereby file their Notice of Removal of the above-captioned action to the United States District Court for the District of Columbia, pursuant to 28 U.S.C § 1331, 1441(a), and 1446, and in support thereof state as follows:

1.  The Plaintiff, Jane Doe, filed her original Complaint in the Superior Court of the District of Columbia, styled as *Jane Doe v. Marc Borbely, et al.*, Case No.: 2025-CAB-003146, on May 14, 2025, alleging a myriad of claims, including violations of the Americans with Disabilities Act ("ADA"). *See* Compl. ¶¶ 29-32.

1

2. This Court has original jurisdiction over this action pursuant to 28 U.S.C § 1331 because "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

3. Thus, this action is removable pursuant to 28 U.S.C. § 1441(a) because this case falls within this Honorable Court's original jurisdiction.

4. Plaintiff served Defendants with the Complaint and a Summons on June 16, 2025. As a result, the instant Notice of Removal is being filed within 30 days "after receipt by or service on that defendant of the initial pleading or summons" pursuant to 28 U.S.C. § 1446(b)(2)(B). A copy of all process, pleading and order served upon, or filed by, Defendants, is attached hereto as Exhibit 1 pursuant to 28 U.S.C. § 1446(a).

5. Defendants will provide Plaintiff with written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d). In addition, a copy of this Notice of Removal will be filed with the Clerk of the Superior Court for the District of Columbia as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants Marc Borbely and D.C. Tenants' Rights Center hereby request that this action be removed to this Court from the Superior Court of the District of Columbia and that it proceeds in this Court as an action properly removed.

Respectfully submitted,

ECCLESTON & WOLF, P.C.

/s/ *Justin M. Flint*
Justin M. Flint (#491782)
1629 K Street, N.W., Suite 260
Washington, D.C. 20006
(202) 857-1696 (Tel)
(202) 857-0762 (Fax)
flint@ewdc.com
*Counsel for Defendants*
*Marc Borbely and D.C. Tenants'*
*Rights Center*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 7, 2025, a copy of the foregoing Notice of Removal was electronically served, e-mailed, and sent via First-Class mail to all parties.

*/s/ Justin M. Flint*
Justin M. Flint (#491782)
