# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>        v.<br><br>MARC BORBERLY, *et. al.*,<br><br>            Defendants. | Civil Action No. 1:25-cv-2149 (JMC) |

## ORDER DIRECTING THE PLAINTIFF TO SHOW CAUSE

On July 15, 2025, the Court ordered the Plaintiff to respond to the Defendants' motion to dismiss by August 15, 2025, and warned that failure to do so could "result in the Court deeming the matter conceded." ECF 7. Then, on July 18, 2025, the Court ordered the Plaintiff—who has to this point proceeded under a pseudonym—"to file either a notice containing her full name or a motion to proceed under a pseudonym by August 8, 2025." Minute Order, July 18, 2025.

The Plaintiff did not comply with either of this Court's orders. The Court therefore **ORDERS** the Plaintiff to (1) file a notice containing her full name or a motion to proceed under a pseudonym and (2) show cause why the Court should not dismiss the case for failure to prosecute. Both filings are due no later than September 3, 2025**.** Failure to comply with this order will result in dismissal for failure to prosecute.

   **SO ORDERED.**

_____
Jia M. Cobb
United States District Judge

Date:  August 20, 2025