UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>    v.<br><br>MARC BORBELY, *et al.*,<br><br>                    Defendants. | Case No. 25-cv-2149 (JMC) |

### **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute.

The Clerk of Court shall terminate this case.

This is a final appealable order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: September 26, 2025

1